# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cr-00547-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BJ GRIFFITH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Ex Parte Motion to Appoint as CJA Counsel Nunc Pro Tunc (#224) filed March 30, 2011. Upon review and consideration,

**IT IS ORDERED** that the Ex Parte Motion to Appoint as CJA Counsel Nunc Pro Tunc (#224) is **granted**. **Chris T. Rasmussen, Esq.** is hereby appointed to represent **BJ Griffith.**

Dated this 31st day of March, 2011.

Nunc Pro Tunc : November 19, 2010

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**